**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

In re:

Kenneth Kaufman

               Debtor(s)

Chapter 13

Case No.: 24-10510-pb

-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned appears as counsel for The Bank Of New York Mellon FKA The Bank Of New York As Trustee for the Certificateholders Of CWALT, Inc., Alterntive Loan Trust 2005-J2, Mortgage Pass-Through Certificates, Series 2005-J2, secured creditor, pertaining to property located at 350 W. 50th Street, Apt 5X-6X, New York, NY 10019, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the address set forth below.

    ADDRESS:    Melissa N. Licker, Esq.
                      Hill Wallack, LLP
                      261 Madison Avenue, 9th Floor
                      New York, NY 10016

    DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
        ☒ All documents and pleadings of any nature.

DATED: March 28, 2024                                      HILL WALLACK, LLP

                                                             */s/ Melissa N. Licker*
                                                              Melissa N. Licker, Esq.
                                                              261 Madison Avenue, 9th Floor
                                                              New York, NY 10016
                                                              Phone: 929-504-7004

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

In re:

Kenneth Kaufman

          Debtor(s)

------------------------------------------------------------------------X

Chapter 13

Case No.: 24-10510-pb

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the Notice of Appearance was filed and was served on March 28, 2024 by First Class Mail, Postage Prepaid upon:

| | |
|---|---|
| Kenneth Kaufman<br>350 W. 50th Street Apt 5X<br>New York, NY 10019<br>**Debtor** | Scott J. Goldstein<br>Law Offices of Wenarsky and Goldstein, LLC<br>410 Route 10 West<br>Ste 214<br>Ledgewood, NJ 07852<br>**Debtor Attorney** |
| United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004<br>**U.S. Trustee** | Thomas C. Frost<br>399 Knollwood Rd Suite 102<br>White Plains, NY 10603<br>**Trustee** |

DATED: March 28, 2024                            HILL WALLACK, LLP

                                                         */s/ Melissa N. Licker*
                                                         Melissa N. Licker, Esq.
                                                         261 Madison Avenue, 9th Floor
                                                         New York, NY 10016
                                                         Phone: 929-504-7004